UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICARDO GONZALEZ,

    PLAINTIFF,

v.                                    CASE No:

VENTRON MANAGEMENT LLC,

    DEFENDANT.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, RICARDO GONZALEZ, by and through his undersigned counsel, hereby brings this action against Defendant, VENTRON MANAGEMENT LLC, and states:

### JURISDICTION AND VENUE

1. This is an action for damages, and for declaratory relief, under the Fair Labor Standards Act ("FLSA"), unpaid wages, and attorney's fees and costs.

2. Venue lies within this Judicial District because the events giving rise to this claim arose in this Judicial District.

### PARTIES

3. Plaintiff is a resident of Hillsborough County, Florida.

4. Defendant is authorized and doing business in this Judicial District.

### GENERAL ALLEGATIONS

5. At all times material hereto, Plaintiff was "engaged in the production of goods" for commerce within the meaning of Section 6 and 7 of the FLSA, and subject to the individual coverage of the FLSA.

6. At all times material hereto, Plaintiff was an employee of Defendant.

7. At all times material hereto, Defendant was an "employer" within the meanings of the FLSA.

8. Defendant continues to be an "employer" within the meaning of the FLSA.

9. At all times material hereto, Defendant was, and continues to be an enterprise engaged in the "providing services for commerce" within the meaning of the FLSA.

10. At all times material hereto, the work performed by Plaintiff was directly essential to the business performed by Defendant.

11. Plaintiff has satisfied all conditions precedent.

12. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

13. Plaintiff requests a jury trial for all issues so triable.

## FACTS

14. Plaintiff is employed by Defendant as a groundskeeper.

15. Plaintiff has worked for Defendant from September 2009 to the present.

16. Throughout his employment, Plaintiff has not been paid the minimum wage for all hours worked and/or was not paid at all for part of the hours he worked for Defendant.

## COUNT I – FLSA MINIMUM WAGE VIOLATIONS

17. Plaintiff realleges and readopts the allegations of paragraphs 1 through 16 of this Complaint as though fully set forth herein.

18. During the statutory period, Plaintiff worked for Defendant and was not compensated for these hours in accordance with the minimum wage provisions of the FLSA.

19. As a result of the foregoing, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands:

(a) Judgment against Defendant for an amount equal to Plaintiff's unpaid back wages at the applicable overtime rate.

(b) Judgment against Defendant that its violations of the FLSA were willful;

(c) An equal amount to the damages as liquidated damages;

(d) To the extent liquidated damages are not awarded, an award of prejudgment interest;

(e) A declaration that Defendant's practices as to Plaintiff were unlawful and grant Plaintiff equitable relief;

(f) All costs and attorney's fees incurred in prosecuting these claims; and

(g) For such further relief as the Court deems just and equitable.

## COUNT II – UNPAID WAGES

20. Plaintiff realleges and readopts the allegations of paragraph 1 through 16 as though fully set forth herein.

21. During his employment, Plaintiff worked for Defendant and Defendant agreed to pay Plaintiff for his services.

22. Defendant failed and refused to compensate Plaintiff all wages owed to him, including not paying him for all hours he worked.

23. As a result of the foregoing, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands:

(a). Judgment against Defendant for an amount equal to Plaintiff's unpaid back wages plus interest;

(b). All costs and attorney's fees incurred in prosecuting these claims, pursuant to Fla. Stat. §448.08; and

  (c). For such further relief as the Court deems just and equitable.

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury as to all issues and Counts.

Dated this 31st day of May, 2013.

            Respectfully Submitted,

            _____
            LUIS A. CABASSA
            Florida Bar Number: 0053643
            **WENZEL FENTON CABASSA, P.A.**
            1110 North Florida Avenue, Suite 300
            Tampa, Florida 33602
            Telephone: 813-224-0431
            Facsimile: 813-229-8712
            Email: lcabassa@wfclaw.com
            Email: mkimbrou@wfclaw.com
            **Attorney for Plaintiff**